UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL CHARLES MCCREERY,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S RENT TO OWN,<br>DAVID COLLINS (Aaron's GM),<br><br>Defendants. | ) | No. 1:26-cv-02265-JPH-TAB |

**ORDER**

**I.**
**Denying *in forma pauperis* status**

Mr. McCreery filed a motion to proceed *in forma pauperis*. Dkt. 2. Because Mr. McCreery has sufficient savings and income to pay the filing fee, that motion is **DENIED**.

**II.**
**Motion to Appoint Counsel**

"Litigants in federal civil cases do not have a constitutional or statutory right to court-appointed counsel." *Walker v. Price*, 900 F.3d 933, 938 (7th Cir. 2018). Instead, a litigant who is unable to afford counsel "may ask the court to recruit a volunteer attorney to provide pro bono representation." *Id.* (citing 28 U.S.C. § 1915(e)(1)). "Two questions guide a court's discretionary decision whether to recruit counsel: (1) 'has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so,' and (2) 'given the difficulty of the case, does the plaintiff appear competent to litigate it himself?'" *Id.* (quoting *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir.

2007) (en banc)). The first inquiry—whether an indigent litigant reasonably attempted to get a lawyer—"is a mandatory, threshold inquiry that must be determined before moving to the second inquiry." *Eagan v. Dempsey*, 987 F.3d 667, 682 (7th Cir. 2021).

For the first question, Mr. McCreery states that he has contacted at least six attorneys for assistance, but none were able to assistant him. Dkt. 3 at 2. Mr. McCreery has thus made a reasonable effort to obtain counsel, and he should continue that effort. *Cf. Romanelli v. Suliene*, 615 F.3d 847, 851 (7th Cir. 2010) (affirming district court's requirement that litigant contact at least three attorneys to show reasonable effort). Mr. McCreery is encouraged to continue contacting legal aid organizations and attorneys in hopes of finding counsel.

For the second question, the Court considers whether the case's complexity "exceeds [the plaintiff's] capacity as a layperson to coherently present it to the judge or jury himself." *Olson v. Morgan*, 750 F.3d 708, 712 (7th Cir. 2014) (quoting *Pruitt*, 503 F.3d at 655). Mr. McCreery alleges age and disability discrimination. Dkt. 1 at 4–5. At the pleading stage, "Plaintiffs need only plead facts, not legal theories," *Reeves ex rel. Reeves v. Jewel Food Stores, Inc.*, 759 F.3d 698, 701 (7th Cir. 2014), so Mr. McCreery should be able to present the facts surrounding his alleged employment discrimination. Moreover, since this case is in the earliest stage of litigation, "the district court faces the difficulty of accurately evaluating the need for counsel." *Rosas v. Advocate Christ Med. Ctr.*, 803 F. App'x 952, 954 (7th Cir. 2020) (citation

omitted); *see Romanelli*, 615 F.3d at 852 (finding that "any accurate determination regarding [a litigant's] abilities or outcomes of the lawsuit" to be "impossible" when a case is "still in its infancy"). On the other hand, Mr. McCreery has indicated that he has comprehension problems, dkt. 3 at 3, and, at times, his complaint is difficult to understand. Dkt. 1 at 5.

Based on the early stage of this litigation, Mr. McCreery's motion for assistance in recruiting counsel is **DENIED without prejudice**. Dkt. [3]. Mr. McCreery may renew his motion for assistance in recruiting counsel at a later date if he finds he is not able to litigate this case himself.

## III.
## Conclusion

For the reasons discussed above, Mr. McCreery's motion to proceed i*in forma pauperis* is **DENIED**, and he has until **November 9, 2026**, to pay the filing fee or his claim with be dismissed without prejudice. The Court also **DENIES without prejudice** Mr. McCreery's motion for appointment of counsel. Dkt. [3].

**SO ORDERED.**

Date: 10/27/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL CHARLES MCCREERY
3105 E. Kendell Lane
Muncie, IN 47303